In the Matter of the Application of EDGAR C. FARRINGTON, Respondent, for an Alternative Mandamus Order against JAMES W. FLEMING, as Comptroller of the State of New York, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of ST. LAWRENCE TRANSMISSION COMPANY, Respondent, for a Writ of Certiorari to JAMES McAVOY and Others, Assessors of the Town of Colton, St. Lawrence County, New York, Appellants.— Judgment unanimously affirmed, with costs.

In the Matter of the Final Judicial Accounting of CHARLES O. NILES and Another, as Executors, etc., of MARTHA NILES, Late of the Town of Cobleskill, Schoharie County, N. Y., Deceased.— Decree unanimously affirmed, with costs to the guardian payable out of the estate.

In the Matter of the Judicial Settlement of Account of ELLA M. T. BRECKEN-RIDGE, as Trustee under the Will of ROSANNA ANDREWS, Deceased.— Settled.

In the Matter of the Judicial Settlement of the Estate of BEVERLY R. VALUE, Deceased.— Decree unanimously affirmed, with costs against the appellant.

In the Matter of the Application for the Investigation of the Expenditures of the VILLAGE OF MONTICELLO, under Section 4 of the General Municipal Law. H. LYNDEN HATCH and Others, Appellants; TAXPAYERS AND FREEHOLDERS OF THE VILLAGE OF MONTICELLO, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Judicial Settlement of the Account of JOHN S. GRANT, as Executor, etc., of JULIA A. GRANT, Deceased.— Decree unanimously affirmed, with costs against the appellants.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM PASTERNACK, Respondent, v. FEDERATION OF JEWISH CHARITIES and Another, Appellants.— Award affirmed, with costs in favor of the State Industrial Board. All concur, except Cochrane, P. J., and McCann, J., dissenting.

HARRIS PAUL, Appellant, v. FREDERICK J. BIEHLER Respondent.— Judgment and order affirmed, with costs, on the ground that the essential points now raised were not raised at the trial, and the facts are not such as to justify a reversal in the absence of an appropriate exception. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES PETERSON, Respondent, v. LOUIS J. COHEN and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

GENEVIEVE E. PAGE, an Infant, by WILLIAM SCOTT, Her Guardian ad Litem, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

EDWIN W. SCOTT, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment and order reversed and complaint dismissed, with costs, on the ground that the plaintiff was guilty of contributory negligence as matter of law. All concur, except Cochrane, P. J., and H. T. Kellogg, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER HICKEY and JACOB KRAMER, Appellants.— Judgment of conviction unanimously affirmed.